Form 185 – ntc13plnafter

# UNITED STATES BANKRUPTCY COURT

District of New Jersey
401 Market Street
Camden, NJ 08102

Case No.:  19–19594–JNP
Chapter:  13
Judge:  Jerrold N. Poslusny Jr.

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
   Michael Wade Sr.
   aka Michael Wade
   1735 Black Oak Road
   Williamstown, NJ 08094

Social Security No.:
   xxx–xx–9238

Employer's Tax I.D. No.:

---

### NOTICE OF FILING OF MODIFICATION OF PLAN AFTER CONFIRMATION
### AND NOTICE OF HEARING THEREON

Notice is hereby given that a Plan was confirmed in this matter on August 1, 2019.

On 06/07/2020 the debtor filed a modification to the Plan.

Accordingly, a hearing will be held before the Honorable Jerrold N. Poslusny Jr. on:

Date:            July 15, 2020
Time:            10:00 AM
Location:        4th Floor Courtroom 4C, Mitchell H. Cohen Courthouse, 1 John F. Gerry Plaza, 400 Cooper Street, Camden, NJ 08101–2067

Accordingly, notice is hereby given that,

1. Seven (7) days prior to the confirmation hearing is fixed as the last day for filing a written rejection to the modified plan.

2. Pursuant to 11 U.S.C. 1323 (c), if the Plan as modified changes the rights of the holder of a secure claim, such holders acceptance or rejection of the Plan before modification will be deemed acceptance or rejection of the Plan as modified, unless the holder changes such holders acceptance or rejection of the Plan within the time fixed.

3. **If, at the confirmation hearing, the Court determines that the plan is not confirmable, the debtor's case may be dismissed or converted.**

A copy of the modified Plan will follow this notice.

Dated: June 8, 2020
JAN: bed

                                                          Jeanne Naughton
                                                          Clerk

```
                              United States Bankruptcy Court
                                    District of New Jersey
In re:                                                                  Case No. 19-19594-JNP
Michael Wade, Sr.                                                       Chapter 13
         Debtor
                                    CERTIFICATE OF NOTICE
District/off: 0312-1           User: admin                 Page 1 of 2                  Date Rcvd: Jun 08, 2020
                               Form ID: 185                Total Noticed: 29


Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Jun 10, 2020.
db             +Michael Wade, Sr.,   1735 Black Oak Road,   Williamstown, NJ 08094-2004
cr             +Specialized Loan Servicing LLC,    P.O. Box 340514,   Tampa, FL 33694-0514
518238894      +Apex Asset,   2501 Oregon Pike,   Lancaster, PA 17601-4890
518238895      +Apex Asset,   1891 Santa Barbara Dr St,   Lancaster, PA 17601-4106
518238896      +Bankamerica,   4909 Savarese Circle,   Tampa, FL 33634-2413
518238897      +Beverly Wade,   1735 Black Oak Road,   Williamstown, NJ 08094-2004
518238903      +Financial Recoveries,    200 E Park Dr Ste 100,   Mount Laurel, NJ 08054-1297
518238904      +Louis A. Greenfield,    PO Box 17210,   Golden, CO 80402-6020
518238906      +Mobiloansllc,    Po Box 1409,   Marksville, LA 71351-1409
518238907       Parker McCay PA,    PO Box 5054,   Mount Laurel, NJ 08054-5054
518238908      +Philadelphia Fed Cr Un,    12800 Townsend Rd,   Philadelphia, PA 19154-1095
518238912       South Jersey Radiology Associates,    PO Box 1710,   Voorhees, NJ 08043-7710
518238913      +Specialized Loan Servi,    8742 Lucent Blvd,   Highlands Ranch, CO 80129-2386
518238914      +Tempoe LLC,   1750 Elm St #1200,   Manchester, NH 03104-2919
518358247      +The Bank of New York Mellon Trustee (See 410),    c/o Specialized Loan Servicing LLC,
                 8742 Lucent Blvd, Suite 300,   Highlands Ranch, Colorado 80129-2386

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
smg             E-mail/Text: usanj.njbankr@usdoj.gov Jun 09 2020 00:08:13      U.S. Attorney,   970 Broad St.,
                 Room 502,   Rodino Federal Bldg.,   Newark, NJ 07102-2534
smg            +E-mail/Text: ustpregion03.ne.ecf@usdoj.gov Jun 09 2020 00:08:10      United States Trustee,
                 Office of the United States Trustee,   1085 Raymond Blvd.,   One Newark Center,   Suite 2100,
                 Newark, NJ 07102-5235
518322507      +E-mail/Text: bnc@atlasacq.com Jun 09 2020 00:07:15      Atlas Acquisitions LLC,   294 Union St.,
                 Hackensack, NJ 07601-4303
518238899       E-mail/Text: ebnnotifications@creditacceptance.com Jun 09 2020 00:07:09      Credit Acceptance,
                 25505 W 12 Mile,   Southfield, MI 48034
518238898      +E-mail/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM Jun 09 2020 00:07:56      Comenity Bank,
                 Po Box 182273,   Columbus, OH 43218-2273
518238900      +E-mail/Text: bankruptcy_notifications@ccsusa.com Jun 09 2020 00:08:58      Credit Coll,
                 Po Box 607,   Norwood, MA 02062-0607
518238901      +E-mail/PDF: creditonebknotifications@resurgent.com Jun 09 2020 00:15:03      Credit One Bank Na,
                 Po Box 98872,   Las Vegas, NV 89193-8872
518238902      +E-mail/Text: JCAP_BNC_Notices@jcap.com Jun 09 2020 00:08:32      Drive Time,
                 c/o Jefferson Capital Systems, LLC,   PO Box 17210,   Golden, CO 80402-6020
518321082       E-mail/Text: JCAP_BNC_Notices@jcap.com Jun 09 2020 00:08:32      Jefferson Capital Systems LLC,
                 Po Box 7999,   Saint Cloud Mn 56302-9617
518238905      +E-mail/Text: bankruptcydpt@mcmcg.com Jun 09 2020 00:08:09      Midland Funding,
                 2365 Northside Dr Ste 30,   San Diego, CA 92108-2709
518318232      +E-mail/Text: bankruptcydpt@mcmcg.com Jun 09 2020 00:08:09      Midland Funding LLC,
                 PO Box 2011,   Warren, MI 48090-2011
518351260       E-mail/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com Jun 09 2020 00:15:50
                 Portfolio Recovery Associates, LLC,    c/o Jessica London,   POB 41067,   Norfolk VA 23541
518238909      +E-mail/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com Jun 09 2020 00:16:40
                 Portfolio Recov Assoc,   120 Corporate Blvd Ste 1,   Norfolk, VA 23502-4952
518238910      +E-mail/Text: ecfbankruptcy@progleasing.com Jun 09 2020 00:08:19      Progressive,
                 11629 South 700 East, Suite 250,   Draper, UT 84020-8399
                                                                                               TOTAL: 14

            ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
518238911     ##+Security Credit Servic,   2653 W Oxford Loop,   Oxford, MS 38655-2929
                                                                                    TOTALS: 0, * 0, ## 1

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable.  Notices
will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed.  The
debtor's attorney or pro se debtor was advised that the specified notice was undeliverable.
```

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed.  This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jun 10, 2020                              Signature:  /s/Joseph Speetjens

```
District/off: 0312-1              User: admin             Page 2 of 2              Date Rcvd: Jun 08, 2020
                                  Form ID: 185            Total Noticed: 29
```

## CM/ECF NOTICE OF ELECTRONIC FILING

```
The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on June 8, 2020 at the address(es) listed below:
              Denise E. Carlon    on behalf of Creditor    The Bank of New York Mellon FKA The Bank of New York,
               as Trustee for the certificateholders of CWABS, Inc., Asset-Backed Certificates, Series 2007-6
               dcarlon@kmllawgroup.com, bkgroup@kmllawgroup.com
              Gavin   Stewart    on behalf of Creditor    Specialized Loan Servicing LLC bk@stewartlegalgroup.com
              Isabel C. Balboa    on behalf of Trustee Isabel C. Balboa ecfmail@standingtrustee.com,
               summarymail@standingtrustee.com
              Isabel C. Balboa     ecfmail@standingtrustee.com, summarymail@standingtrustee.com
              Joseph J. Rogers    on behalf of Debtor Michael   Wade, Sr. jjresq@comcast.net,
               jjrogers0507@gmail.com
              Rebecca Ann Solarz    on behalf of Creditor    The Bank of New York Mellon FKA The Bank of New York,
               as Trustee for the certificateholders of CWABS, Inc., Asset-Backed Certificates, Series 2007-6
               rsolarz@kmllawgroup.com
              U.S. Trustee    USTPRegion03.NE.ECF@usdoj.gov
                                                                                             TOTAL: 7
```