| UNITED STATES BANKRUPTCY COURT<br>DISTRICT OF NEW JERSEY<br>**Caption in Compliance with D.N.J. LBR 9004-2(c)**<br><br>Joseph J. Rogers, Esquire (JJR1185)<br>900 Route 168, Suite I-4<br>Turnersville, NJ 08012<br>(856) 228-7964; Fax (856) 228-7965 |
|---|
| In Re:<br>      Michael Wade Sr. |

**Order Filed on June 30, 2020
by Clerk
U.S. Bankruptcy Court
District of New Jersey**

Case Number: 19-19594 JNP

Judge: Jerrold N. Poslusny, Jr.

## ORDER GRANTING MOTION TO SUSPEND TRUSTEE PAYMENTS

The relief set forth on the following pages is hereby **ORDERED**.

**DATED: June 30, 2020**

_____
Honorable Jerrold N. Poslusny, Jr.
United States Bankruptcy Court

(Page 2)
Debtor(s): Michael Wade Sr.
Case No.: 19-19594 JNP
Caption of Order:  ORDER GRANTING MOTION TO SUSPEND TRUSTEE PAYMENTS

THIS MATTER having come before the Court by the Debtor(s), Michael Wade Sr. , by and through counsel, Joseph J. Rogers, Esquire, for an Order granting his Motion to Suspend Trustee Payments, and having been proposed to creditors after confirmation and it appearing that the applicable provisions of the Bankruptcy Code having been complied with, and the Court having considered the matter, and for good cause,

ORDERED that Michael Wade Sr. shall be and hereby are granted his Motion to Suspend his Trustee payments for three (3) months (June 1, 2020 through August 2020).

ORDERED that the Debtor/s' case is allowed to continue at $18,870.66 total receipts applied to plan, then the new payments going forward shall be determined by the pending modified plan.