UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

**Caption in Compliance with D.N.J. LBR 9004-2(c)**
51467
MORTON & CRAIG, LLC
110 Marter Avenue
Suite 301
Moorestown, NJ 08057
(856)866-0100
Attorney for Credit Acceptance Corporation
JM-5630

In Re:
MICHAEL WADE, SR.

Order Filed on September 15, 2020
by Clerk
U.S. Bankruptcy Court
District of New Jersey

Case No.: 19-19594 (JNP)

Adv. No.:

Hearing Date:  9-15-2020

Judge: Hon. Jerrold N. Poslusny Jr.

## ORDER VACATING AUTOMATIC STAY AND CO-DEBTOR STAY

The relief set forth on the following pages, numbered two (2) is hereby **ORDERED**.

**DATED: September 15, 2020**

_____
Honorable Jerrold N. Poslusny, Jr.
United States Bankruptcy Court

**(Page 2)**
Debtor:  Michael Wade, Sr. / 51467
Case No:  19-19594 (JNP)
Order Vacating Automatic Stay and Co-Debtor Stay

Upon consideration of the motion of **Credit Acceptance Corporation** for an order for relief from the automatic stay and co-debtor stay, and good cause appearing therefore, it is hereby

**ORDERED** that the automatic stay of the Bankruptcy Code section 362(a) is vacated to permit the movant to pursue the movant's rights in the personal property described below to the extent and in the manner provided by any applicable contract documents and non-bankruptcy law.

**ORDERED** that the co-debtor stay under 11 U.S.C. 1301 is vacated as to the co-debtor, **Beverly Wade** to permit **Credit Acceptance Corporation** to pursue its rights in the personal property described below and as to the co-debtor.

The movant shall serve this order on the debtor, co-debtor, any trustee and any other party who entered an appearance on the motion.

<u>Description of Subject Personal Property</u>
2009 Hyundai Santa Fe
Vehicle Identification Number
5NMSH73E99H294965