Form 185 – ntc13plnafter

# UNITED STATES BANKRUPTCY COURT

District of New Jersey  
401 Market Street  
Camden, NJ 08102

Case No.: 19–19594–JNP  
Chapter: 13  
Judge: Jerrold N. Poslusny Jr.

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):  
Michael Wade Sr.  
aka Michael Wade  
1735 Black Oak Road  
Williamstown, NJ 08094

Social Security No.:  
xxx–xx–9238

Employer's Tax I.D. No.:

## NOTICE OF FILING OF MODIFICATION OF PLAN AFTER CONFIRMATION AND NOTICE OF HEARING THEREON

Notice is hereby given that a Plan was confirmed in this matter on July 16, 2020.

On 9/18/2020 the debtor filed a modification to the Plan.

Accordingly, a hearing will be held before the Honorable Jerrold N. Poslusny Jr. on:

Date:             October 21, 2020  
Time:             10:00 AM  
Location:         4th Floor Courtroom 4C, Mitchell H. Cohen Courthouse, 1 John F. Gerry Plaza, 400 Cooper Street, Camden, NJ 08101–2067

Accordingly, notice is hereby given that,

1. Seven (7) days prior to the confirmation hearing is fixed as the last day for filing a written rejection to the modified plan.

2. Pursuant to 11 U.S.C. 1323 (c), if the Plan as modified changes the rights of the holder of a secure claim, such holders acceptance or rejection of the Plan before modification will be deemed acceptance or rejection of the Plan as modified, unless the holder changes such holders acceptance or rejection of the Plan within the time fixed.

3. **If, at the confirmation hearing, the Court determines that the plan is not confirmable, the debtor's case may be dismissed or converted.**

A copy of the modified Plan will follow this notice.

Dated: September 21, 2020  
JAN:

Jeanne Naughton  
Clerk

```
                       United States Bankruptcy Court
                            District of New Jersey
```

In re:                                                              Case No. 19-19594-JNP
Michael Wade, Sr.                                                   Chapter 13
        Debtor

# CERTIFICATE OF NOTICE

District/off: 0312-1            User: admin              Page 1 of 2              Date Rcvd: Sep 21, 2020
                                Form ID: 185             Total Noticed: 30

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Sep 23, 2020.
```
db             +Michael Wade, Sr.,    1735 Black Oak Road,    Williamstown, NJ 08094-2004
cr             +Specialized Loan Servicing LLC,    P.O. Box 340514,    Tampa, FL 33694-0514
518238894      +Apex Asset,    2501 Oregon Pike,    Lancaster, PA 17601-4890
518238895      +Apex Asset,    1891 Santa Barbara Dr St,    Lancaster, PA 17601-4106
518238896      +Bankamerica,    4909 Savarese Circle,    Tampa, FL 33634-2413
518238897      +Beverly Wade,    1735 Black Oak Road,    Williamstown, NJ 08094-2004
518238903      +Financial Recoveries,    200 E Park Dr Ste 100,    Mount Laurel, NJ 08054-1297
518238904      +Louis A. Greenfield,    PO Box 17210,    Golden, CO 80402-6020
518238906      +Mobiloansllc,    Po Box 1409,    Marksville, LA 71351-1409
518238907       Parker McCay PA,    PO Box 5054,    Mount Laurel, NJ 08054-5054
518238908      +Philadelphia Fed Cr Un,    12800 Townsend Rd,    Philadelphia, PA 19154-1095
518238912       South Jersey Radiology Associates,    PO Box 1710,    Voorhees, NJ 08043-7710
518238913      +Specialized Loan Servi,    8742 Lucent Blvd,    Highlands Ranch, CO 80129-2386
518238914     ++TEMPOE  LLC DBA WHY NOT LEASE IT,    ATTN BOB HOLWADEL,    720 EAST PETE ROSE WAY SUITE 400,
                 CINCINNATI OH 45202-3576
               (address filed with court: Tempoe LLC,    1750 Elm St #1200,    Manchester, NH 03104)
518358247      +The Bank of New York Mellon Trustee (See 410),    c/o Specialized Loan Servicing LLC,
                 8742 Lucent Blvd, Suite 300,    Highlands Ranch, Colorado 80129-2386
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
```
smg             E-mail/Text: usanj.njbankr@usdoj.gov Sep 21 2020 23:57:42     U.S. Attorney,   970 Broad St.,
                 Room 502,   Rodino Federal Bldg.,    Newark, NJ 07102-2534
smg            +E-mail/Text: ustpregion03.ne.ecf@usdoj.gov Sep 21 2020 23:57:39     United States Trustee,
                 Office of the United States Trustee,    1085 Raymond Blvd.,    One Newark Center,   Suite 2100,
                 Newark, NJ 07102-5235
cr              E-mail/Text: ebnnotifications@creditacceptance.com Sep 21 2020 23:56:49
                 Credit Acceptance Corporation,    25505 West 12 Mile Road,    Southfield, MI  48034
518322507      +E-mail/Text: bnc@atlasacq.com Sep 21 2020 23:56:58     Atlas Acquisitions LLC,   294 Union St.,
                 Hackensack, NJ 07601-4303
518238899       E-mail/Text: ebnnotifications@creditacceptance.com Sep 21 2020 23:56:48     Credit Acceptance,
                 25505 W 12 Mile,   Southfield, MI 48034
518238898      +E-mail/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM Sep 21 2020 23:57:21     Comenity Bank,
                 Po Box 182273,   Columbus, OH 43218-2273
518238900      +E-mail/Text: bankruptcy_notifications@ccsusa.com Sep 21 2020 23:58:09     Credit Coll,
                 Po Box 607,   Norwood, MA 02062-0607
518238901      +E-mail/PDF: creditonebknotifications@resurgent.com Sep 22 2020 00:07:05     Credit One Bank Na,
                 Po Box 98872,   Las Vegas, NV 89193-8872
518238902      +E-mail/Text: JCAP_BNC_Notices@jcap.com Sep 21 2020 23:57:50     Drive Time,
                 c/o Jefferson Capital Systems, LLC,    PO Box 17210,   Golden, CO 80402-6020
518321082       E-mail/Text: JCAP_BNC_Notices@jcap.com Sep 21 2020 23:57:50     Jefferson Capital Systems LLC,
                 Po Box 7999,   Saint Cloud Mn 56302-9617
518238905      +E-mail/Text: bankruptcydpt@mcmcg.com Sep 21 2020 23:57:38     Midland Funding,
                 2365 Northside Dr Ste 30,    San Diego, CA 92108-2709
518318232      +E-mail/Text: bankruptcydpt@mcmcg.com Sep 21 2020 23:57:38     Midland Funding LLC,
                 PO Box 2011,   Warren, MI 48090-2011
518351260       E-mail/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com Sep 22 2020 00:06:38
                 Portfolio Recovery Associates, LLC,    c/o Jessica London,   POB 41067,   Norfolk VA 23541
518238909      +E-mail/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com Sep 22 2020 00:06:37
                 Portfolio Recov Assoc,    120 Corporate Blvd Ste 1,    Norfolk, VA 23502-4952
518238910      +E-mail/Text: ecfbankruptcy@progleasing.com Sep 21 2020 23:57:44     Progressive,
                 11629 South 700 East, Suite 250,    Draper, UT 84020-8399
                                                                                              TOTAL: 15
```

```
            ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
518238911    ##+Security Credit Servic,   2653 W Oxford Loop,    Oxford, MS 38655-2929
                                                                                TOTALS: 0, * 0, ## 1
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).

Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable.  Notices
will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed.  The
debtor's attorney or pro se debtor was advised that the specified notice was undeliverable.

```
District/off: 0312-1          User: admin                Page 2 of 2           Date Rcvd: Sep 21, 2020
                              Form ID: 185               Total Noticed: 30
```

***** BYPASSED RECIPIENTS (continued) *****

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Sep 23, 2020                                                  Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on September 21, 2020 at the address(es) listed below:

```
              Denise E. Carlon    on behalf of Creditor    The Bank of New York Mellon FKA The Bank of New York,
               as Trustee for the certificateholders of CWABS, Inc., Asset-Backed Certificates, Series 2007-6
               dcarlon@kmllawgroup.com, bkgroup@kmllawgroup.com
              Gavin    Stewart    on behalf of Creditor    Specialized Loan Servicing LLC bk@stewartlegalgroup.com
              Isabel C. Balboa    ecfmail@standingtrustee.com, summarymail@standingtrustee.com
              Isabel C. Balboa    on behalf of Trustee Isabel C. Balboa ecfmail@standingtrustee.com,
               summarymail@standingtrustee.com
              John R. Morton, Jr.    on behalf of Creditor    Credit Acceptance Corporation
               ecfmail@mortoncraig.com, mortoncraigecf@gmail.com
              Joseph J. Rogers    on behalf of Debtor Michael  Wade, Sr. jjresq@comcast.net,
               jjrogers0507@gmail.com
              Rebecca Ann Solarz    on behalf of Creditor    The Bank of New York Mellon FKA The Bank of New York,
               as Trustee for the certificateholders of CWABS, Inc., Asset-Backed Certificates, Series 2007-6
               rsolarz@kmllawgroup.com
              U.S. Trustee    USTPRegion03.NE.ECF@usdoj.gov
                                                                                               TOTAL: 8
```