Form 173 – hrggeneral

# UNITED STATES BANKRUPTCY COURT

District of New Jersey
401 Market Street
Camden, NJ 08102

Case No.: 19–19594–JNP
Chapter: 13
Judge: Jerrold N. Poslusny Jr.

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
   Michael Wade Sr.
   aka Michael Wade
   1735 Black Oak Road
   Williamstown, NJ 08094

Social Security No.:
   xxx–xx–9238

Employer's Tax I.D. No.:

## NOTICE OF HEARING

   NOTICE IS HEREBY GIVEN that a hearing in said cause shall be held before the Honorable Jerrold N. Poslusny Jr. on

Date:          December 8, 2020
Time:          11:00 AM
Location:      4th Floor Courtroom 4C, Mitchell H. Cohen Courthouse, 1 John F. Gerry Plaza, 400 Cooper Street, Camden, NJ 08101–2067

to consider and act upon the following:

*59* – Certification in Opposition to Certification of default (related document:58 Creditor's Certification of Default (related document:28 Consent Order filed by Creditor Specialized Loan Servicing LLC) filed by Gavin Stewart on behalf of Specialized Loan Servicing LLC. Objection deadline is 11/19/2020. (Attachments: # 1 Certification Regarding Post–Petition Payment History # 2 Exhibit Consent Order # 3 Proposed Order # 4 Certificate of Service) filed by Creditor Specialized Loan Servicing LLC) filed by Joseph J. Rogers on behalf of Michael Wade Sr.. (Rogers, Joseph)

and transact such other business as may properly come before the meeting.


Dated: November 17, 2020
JAN:

                                                         Jeanne Naughton
                                                         Clerk