# EXHIBIT "E"

# ProVest, LLC

## Affidavit of Good Faith Investigation

**Client provided information:**
File Number: ███████
Attorney Firm: PINCUS LAW GROUP, PLLC (PA & NJ)

Subject Name: Doris Wade
Property Address:
Street: 2765 North Croskey Street
City: Philadelphia         State: PA         Zip 19132

---

**Skip Results:**    Date of Birth: 02/29/1932         ProVest File Number: ███████
                     Date of Death: 10/20/2020
**VERIFIED**                                            Dates: As of 10/15/2021

**Death Records:**   As of 10/15/2021, the Social Security Administration does not have a death record on file for Doris Wade.

Social Security Number search completed.

**HEIR SEARCH RESULTS:**

Heir #1: Michael Wade                                   Date of Birth: N/A
Street: 1735 BLACK OAK RD                               Phone: N/A
City: Williamstown    State: NJ                         Zip: 08094

Heir #2: Ricardo Wade                                   Date of Birth: N/A
Street: 2765 N CROSKEY ST                               Phone: N/A
City: Philadelphia    State: PA                         Zip: 19132

Heir #3: Derrick Wade                                   Date of Birth: N/A
Street: 7050 HIGHLAND ST                                Phone: N/A
City: Fort Mill    State: SC                            Zip: 29707

Heir #4: Sanuel Wade                                    Date of Birth: N/A
Street: 154 E WASHINGTON LN                             Phone: N/A
City: Philadelphia    State: PA                         Zip: 19144

Heir #5: Debra Watson aka Debra Wade                    Date of Birth: N/A
Street: 312 E SOMERDALE RD                              Phone: N/A
City: Somerdale    State: NJ                            Zip: 08083

**Comments:**
A death certificate was not provided.

No probate documents located in Philadelphia, PA.

Obituary located at https://www.brucehawkinsfuneralhome.com/obituary/Doris-Wade listing the following: Doris leaves to mourn her children 4 sons and their spouses; Michael (Beverly); Ricardo (Dottie) (Bernadette); Derrick (Jeanette); Samuel (Charmaine); 1 daughter, Debra (Michael).

Michael Wade (son) - 1735 BLACK OAK RD, WILLIAMSTOWN, NJ 08094-2004

Ricardo Wade (son) - 2765 N CROSKEY ST, PHILADELPHIA, PA 19132-3225

Derrick Wade (son) - 7050 HIGHLAND ST, FORT MILL, SC 29707-2400

Samuel Wade (son) - 154 E WASHINGTON LN, PHILADELPHIA, PA 19144-2011

Debra Watson aka Debra Wade (daughter) - 312 E SOMERDALE RD, SOMERDALE, NJ 08083-1108

No other heirs located.

The foregoing statement is true and correct. I understand that false statements herein are made subject to the penalties of 18 Pa.C.S.A. §4904 relating to unsworn falsification to authorities. Under penalties of perjury, I declare that I have read the foregoing affidavit and that the facts stated in it are true.

_____
Donna Knuckles ProVest File Number: 6222740

Provest Services LLC
Date:
(Seal) OCT 1 5 2021

STATE OF FLORIDA
COUNTY OF HILLSBOROUGH
Sworn to or affirmed and signed before me by means of [✓] physical presence or [ ] online notarization on this ___ day of OCT 1 5 2021 by
Donna Knuckles.

_____
Signature of Notary Public

_____
Printed Name of Notary Public

(✓) Personally Known
( ) Produced _____ as identification