UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

Caption in Compliance with D.N.J. LBR 9004-1(b)

**Pincus Law Group, PLLC**

ssmith@pincuslaw.com
Sherri J. Smith, Esquire
425 RXR Plaza
Uniondale, NY 11556
(516)-699-8902 ext. 2217
ATTORNEYS FOR Nationstar Mortgage LLC d/b/a Champion Mortgage Company

Order Filed on March 24, 2022
by Clerk
U.S. Bankruptcy Court
District of New Jersey

In Re:

   Michael Wade, Sr. aka Michael Wade
   DEBTOR and

Ricardo Wade, Derrick Wade, Samuel Wade and Debra Wade, NON-FILING CO-DEBTORS

| | |
|---|---|
| Case No.: | 19-19594 |
| Chapter: | 13 |
| Hearing Date: | 03/22/2022 |
| Judge: | JNP |

Recommended Local Form    ☑ Followed    ☐ Modified

## ORDER VACATING STAY AND CO-DEBTOR STAY

The relief set forth on the following page is hereby **ORDERED**.

**DATED: March 24, 2022**

Honorable Jerrold N. Poslusny, Jr.
United States Bankruptcy Court

Upon the motion of Nationstar Mortgage LLC d/b/a Champion Mortgage Company, under Bankruptcy Code section 362(d) for relief from the automatic stay as to certain property as hereinafter set forth, and for cause shown, it is

ORDERED that the automatic stay is vacated to permit the movant to institute or resume and prosecute to conclusion one or more actions in the court(s) of appropriate jurisdiction to pursue the movant's rights in the following:

☒ Real property more fully described as:

**2765 North Croskey Street, Philadelphia, PA 19132**

It is further ORDERED that the movant, its successors or assignees, may proceed with its rights and remedies under the terms of the subject mortgage and pursue its state court remedies including, but not limited to, taking the property to sheriff's sale, in addition to potentially pursuing other loss mitigation alternatives, including, but not limited to, a loan modification, short sale or deed-in-lieu foreclosure. Additionally, any purchaser of the property at sheriff's sale (or purchaser's assignee) may take any legal action for enforcement of its right to possession of the property.

It is further ORDERED that the Co-debtor stay under 11 U.S.C. sec 1301 is vacated as to the co-debtors Ricardo Wade, Derrick Wade, Samuel Wade and Debra Wade, to permit movant, its successors or assignees, to pursue its rights in the real property described above and as to the co-debtor Ricardo Wade, Derrick Wade, Samuel Wade and Debra Wade.

It is further ORDERED that the movant may join the debtor, Non-filing Co-Debtors and any trustee appointed in this case as defendants in its action(s) irrespective of any conversion to any other chapter of the Bankruptcy Code.

The movant shall serve this order on the debtor, Non-filing Co-Debtors any trustee and any other party who entered an appearance on the motion.

*rev. 11/14/18*