|  |
|---|
| UNITED STATES BANKRUPTCY COURT<br>DISTRICT OF NEW JERSEY |
| **Caption in Compliance with D.N.J. LBR 9004-1(b)** |
| |
| In Re: |

Case No.: _____

Chapter: _____

Judge: _____

# NOTICE OF DEATH OR
# FINDING OF INCOMPETENCY OF A DEBTOR

I, _____, am the

❑ Executor (select if appointed by a will)

❑ Administrator (select if no will and appointed by a probate court)

of the estate of _____ (name of debtor),

❑ Other (identify relationship to debtor) _____,

and hereby certify as follows:

1. Debtor,_____ (name of debtor),

   ❑ died on _____ (date).

   ❑ was declared legally incompetent on _____ (date) by _____
   _____ (insert appropriate court).

   **IMPORTANT: PLEASE <u>DO NOT</u> INCLUDE CERTIFICATE OF DEATH OR COURT ORDER PERTAINING TO INCOMPETENCY OR GUARDIANSHIP WHEN E-FILING THIS FORM.  ENTER THE CERTIFICATE OF DEATH OR COURT ORDER PERTAINING TO INCOMPETENCY OR GUARDIANSHIP SEPARATELY, AS INSTRUCTED IN CM/ECF.**

2. The debtor's legal representative is _____

_____

_____ (if known, include title and contact information).

3. I do ❏ / do not ❏ have knowledge of the debtor's assets and liabilities, and financial aspects of the debtor's estate.

I hereby certify that the foregoing statements made by me are true. I am aware that if any of the foregoing statements made by me are willfully false, then I am subject to punishment.

Dated: _____        Signature: _____

                                      Print name: _____

                                      Address:   _____

                                                                _____

                                      Filed by:   _____
                                                                         Attorney/Other

*rev.2/5/2024*