Form 148 − ntcdsmcs

## UNITED STATES BANKRUPTCY COURT

District of New Jersey
401 Market Street
Camden, NJ 08102

Case No.: 19−19594−JNP
Chapter: 13
Judge: Jerrold N. Poslusny Jr.

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
   Michael Wade Sr.
   aka Michael Wade
   1735 Black Oak Road
   Williamstown, NJ 08094

Social Security No.:
   xxx−xx−9238

Employer's Tax I.D. No.:

### NOTICE OF ORDER DISMISSING CASE

   NOTICE IS HEREBY GIVEN that an Order Dismissing the above captioned Case was entered on 1/16/26.

   Any discharge which was granted in this case is vacated. All outstanding fees to the Court incurred by the dismissed debtor(s) are due and owing and must be paid within seven (7) days from the date of this Order.

   This dismissal may mean that the debtor is ineligible to file another bankruptcy petition for 180 days under 11 U.S.C. § 109(g).

Dated: January 19, 2026
JAN: kvr

Jeanne Naughton
Clerk

United States Bankruptcy Court
District of New Jersey

In re:  
Michael Wade, Sr.  
    Debtor

Case No. 19-19594-JNP  
Chapter 13

# CERTIFICATE OF NOTICE

District/off: 0312-1      User: admin      Page 1 of 3  
Date Rcvd: Jan 20, 2026      Form ID: 148      Total Noticed: 33

The following symbols are used throughout this certificate:

| Symbol | Definition |
|---|---|
| + | Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP. |
| ++ | Addresses marked '++' were redirected to the recipient's preferred mailing address pursuant to 11 U.S.C. § 342(f)/Fed. R. Bank. P. 2002(g)(4). |
| ^ | Addresses marked '^' were sent via mandatory electronic bankruptcy noticing pursuant to Fed. R. Bank. P. 9036. |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jan 22, 2026:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Michael Wade, Sr., 1735 Black Oak Road, Williamstown, NJ 08094-2004 |
| 518238895 | + | Apex Asset, 1891 Santa Barbara Dr St, Lancaster, PA 17601-4106 |
| 518238897 | + | Beverly Wade, 1735 Black Oak Road, Williamstown, NJ 08094-2004 |
| 518238904 | + | Louis A. Greenfield, PO Box 17210, Golden, CO 80402-6020 |
| 518238914 | ++ | TEMPOE LLC DBA WHY NOT LEASE IT, ATTN BOB HOLWADEL, 720 EAST PETE ROSE WAY SUITE 400, CINCINNATI OH 45202-3576 address filed with court:, Tempoe LLC, 1750 Elm St #1200, Manchester, NH 03104 |

TOTAL: 5

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| smg | | Email/Text: usanj.njbankr@usdoj.gov | Jan 20 2026 22:57:00 | U.S. Attorney, 970 Broad St., Room 502, Rodino Federal Bldg., Newark, NJ 07102-2534 |
| smg | + | Email/Text: ustpregion03.ne.ecf@usdoj.gov | Jan 20 2026 22:57:00 | United States Trustee, Office of the United States Trustee, 1085 Raymond Blvd., One Newark Center, Suite 2100, Newark, NJ 07102-5235 |
| cr | | Email/Text: ebnnotifications@creditacceptance.com | Jan 20 2026 22:55:00 | Credit Acceptance Corporation, 25505 West 12 Mile Road, Southfield, MI 48034 |
| cr | ^ | MEBN | Jan 20 2026 22:48:33 | Specialized Loan Servicing LLC, P.O. Box 340514, Tampa, FL 33694-0514 |
| 518322507 | | EDI: ATLASACQU | Jan 21 2026 03:28:00 | Atlas Acquisitions LLC, 492 C Cedar Lane, Ste 442, Teaneck NJ 07666 |
| 518238894 | ^ | MEBN | Jan 20 2026 22:47:33 | Apex Asset, 2501 Oregon Pike, Lancaster, PA 17601-4890 |
| 518238896 | + | EDI: BANKAMER | Jan 21 2026 03:28:00 | Bankamerica, 4909 Savarese Circle, Tampa, FL 33634-2413 |
| 518238899 | | Email/Text: ebnnotifications@creditacceptance.com | Jan 20 2026 22:55:00 | Credit Acceptance, 25505 W 12 Mile, Southfield, MI 48034 |
| 518238898 | + | EDI: WFNNB.COM | Jan 21 2026 03:34:00 | Comenity Bank, Po Box 182273, Columbus, OH 43218-2273 |
| 518238900 | + | EDI: CCS.COM | Jan 21 2026 03:34:00 | Credit Coll, Po Box 607, Norwood, MA 02062-0607 |
| 518238901 | + | Email/PDF: creditonebknotifications@resurgent.com | Jan 20 2026 23:00:18 | Credit One Bank Na, Po Box 98872, Las Vegas, NV 89193-8872 |
| 518238902 | + | EDI: JEFFERSONCAP.COM | Jan 21 2026 03:34:00 | Drive Time, c/o Jefferson Capital Systems, LLC, PO Box 17210, Golden, CO 80402-6020 |
| 518238903 | ^ | MEBN | Jan 20 2026 22:48:29 | Financial Recoveries, 200 E Park Dr Ste 100, Mount Laurel, NJ 08054-1297 |

| District/off: 0312-1 | User: admin | Page 2 of 3 |
|---|---|---|
| Date Rcvd: Jan 20, 2026 | Form ID: 148 | Total Noticed: 33 |

| | | | | |
|---|---|---|---|---|
| 518321082 | | EDI: JEFFERSONCAP.COM | Jan 21 2026 03:34:00 | Jefferson Capital Systems LLC, Po Box 7999, Saint Cloud Mn 56302-9617 |
| 518238906 | | Email/Text: bankruptcy@mobiloans.com | Jan 20 2026 22:55:00 | Mobiloansllc, Po Box 1409, Marksville, LA 71351 |
| 518238905 | + | Email/Text: bankruptcydpt@mcmcg.com | Jan 20 2026 22:57:00 | Midland Funding, 2365 Northside Dr Ste 30, San Diego, CA 92108-2710 |
| 518318232 | + | Email/Text: bankruptcydpt@mcmcg.com | Jan 20 2026 22:57:00 | Midland Funding LLC, PO Box 2011, Warren, MI 48090-2011 |
| 520392128 | + | Email/Text: mtgbk@shellpointmtg.com | Jan 20 2026 22:56:00 | NewRez LLC d/b/a Shellpoint Mortgage, Servicing, P.O. Box 10826, Greenville, South Carolina 29603-0826, NewRez LLC d/b/a Shellpoint Mortgage, Servicing 29603-0826 |
| 520392127 | | Email/Text: mtgbk@shellpointmtg.com | Jan 20 2026 22:56:00 | NewRez LLC d/b/a Shellpoint Mortgage, Servicing, P.O. Box 10826, Greenville, South Carolina 29603-0826 |
| 518351260 | | EDI: PRA.COM | Jan 21 2026 03:34:00 | Portfolio Recovery Associates, LLC, c/o Jessica London, POB 41067, Norfolk VA 23541 |
| 518238907 | ^ | MEBN | Jan 20 2026 22:49:15 | Parker McCay PA, PO Box 5054, Mount Laurel, NJ 08054-5054 |
| 518238908 | + | Email/Text: CollectionsDept@PFCU.COM | Jan 20 2026 22:57:00 | Philadelphia Fed Cr Un, 12800 Townsend Rd, Philadelphia, PA 19154-1095 |
| 518238909 | + | EDI: PRA.COM | Jan 21 2026 03:34:00 | Portfolio Recov Assoc, 120 Corporate Blvd Ste 1, Norfolk, VA 23502-4952 |
| 518238910 | + | Email/Text: ecfbankruptcy@progleasing.com | Jan 20 2026 22:57:00 | Progressive, 11629 South 700 East, Suite 250, Draper, UT 84020-8376 |
| 518238911 | + | Email/Text: cs@securitycreditservicesllc.com | Jan 20 2026 22:56:00 | Security Credit Servic, 2653 W Oxford Loop, Oxford, MS 38655-5442 |
| 518238912 | ^ | MEBN | Jan 20 2026 22:49:45 | South Jersey Radiology Associates, PO Box 1710, Voorhees, NJ 08043-7710 |
| 519013238 | + | Email/Text: bkelectronicnoticecourtmail@computershare.com | Jan 20 2026 22:56:00 | Specialized Loan Servicing LLC, 6200 S. Quebec Street, Greenwood Village, CO 80111-4720 |
| 518358247 | + | Email/Text: bkelectronicnoticecourtmail@computershare.com | Jan 20 2026 22:56:00 | The Bank of New York Mellon Trustee (See 410), c/o Specialized Loan Servicing LLC, 6200 S. Quebec Street, Greenwood Village, CO 80111-4720 |

TOTAL: 28

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

NONE

## NOTICE CERTIFICATION

I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.

Date: Jan 22, 2026          Signature:    /s/Gustava Winters

District/off: 0312-1 | User: admin | Page 3 of 3
Date Rcvd: Jan 20, 2026 | Form ID: 148 | Total Noticed: 33

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on January 19, 2026 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| Andrew B Finberg | on behalf of Trustee Andrew B Finberg courtmail@standingtrustee.com  ecf.mail_9022@mg.bkdocs.us |
| Andrew B Finberg | courtmail@standingtrustee.com  ecf.mail_9022@mg.bkdocs.us |
| Barbara J. Snavely | on behalf of Debtor Michael Wade  Sr. jjresq1@comcast.net |
| Denise E. Carlon | on behalf of Creditor The Bank of New York Mellon FKA The Bank of New York  as Trustee for the certificateholders of CWABS, Inc., Asset-Backed Certificates, Series 2007-6 dcarlon@kmllawgroup.com, bkgroup@kmllawgroup.com |
| Gavin Stewart | on behalf of Creditor Specialized Loan Servicing LLC bk@stewartlegalgroup.com |
| Isabel C. Balboa | on behalf of Trustee Isabel C. Balboa ecfmail@standingtrustee.com  summarymail@standingtrustee.com |
| John R. Morton, Jr. | on behalf of Creditor Credit Acceptance Corporation ecfmail@mortoncraig.com  mortoncraigecf@gmail.com |
| Joshua I. Goldman | on behalf of Creditor The Bank of New York Mellon FKA The Bank of New York  as Trustee for the certificateholders of the CWABS, Inc., Asset-Backed Certificates, Series 2007-6 josh.goldman@padgettlawgroup.com, bkecf@padgettlawgroup.com |
| Joshua I. Goldman | on behalf of Creditor The Bank of New York Mellon FKA The Bank of New York  as Trustee for the certificateholders of CWABS, Inc., Asset-Backed Certificates, Series 2007-6 josh.goldman@padgettlawgroup.com, bkecf@padgettlawgroup.com |
| Sherri Jennifer Smith | on behalf of Creditor Nationstar Mortgage LLC d/b/a Champion Mortgage Company ssmith@stradley.com  amautz@pincuslaw.com |
| U.S. Trustee | USTPRegion03.NE.ECF@usdoj.gov |

TOTAL: 11