Form 196 − ntcadminerror

## UNITED STATES BANKRUPTCY COURT

District of New Jersey
401 Market Street
Camden, NJ 08102

Case No.:  19−19594−JNP
Chapter:  13
Judge:  Jerrold N. Poslusny Jr.

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
    Michael Wade Sr.
    aka Michael Wade
    1735 Black Oak Road
    Williamstown, NJ 08094

Social Security No.:
    xxx−xx−9238

Employer's Tax I.D. No.:

## AMENDED NOTICE CORRECTING AN ADMINISTRATIVE ERROR

On February 27, 2026 a NOTICE OF CASE CLOSED WITHOUT DISCHARGE was sent out by the Court which contained an administrative error.

This notice hereby amends the notice to correct the following information:

Original incorrect information:
PLEASE DISREGARD NOTICE; CASE WAS DISMISSED

Corrected to state:
CASE DISMISSED 1/16/2026

The amendment of this notice does not affect deadlines that have been previously set.

Dated: March 4, 2026
JAN: def

Jeanne Naughton
Clerk

United States Bankruptcy Court

District of New Jersey

| In re: | | Case No. 19-19594-JNP |
|---|---|---|
| Michael Wade, Sr. | | Chapter 13 |
|     Debtor | | |

# CERTIFICATE OF NOTICE

| District/off: 0312-1 | User: admin | Page 1 of 3 |
|---|---|---|
| Date Rcvd: Mar 04, 2026 | Form ID: 196 | Total Noticed: 33 |

The following symbols are used throughout this certificate:

| Symbol | Definition |
|---|---|
| + | Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP. |
| ++ | Addresses marked '++' were redirected to the recipient's preferred mailing address pursuant to 11 U.S.C. § 342(f)/Fed. R. Bank. P. 2002(g)(4). |
| ^ | Addresses marked '^' were sent via mandatory electronic bankruptcy noticing pursuant to Fed. R. Bank. P. 9036. |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Mar 06, 2026:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Michael Wade, Sr., 1735 Black Oak Road, Williamstown, NJ 08094-2004 |
| 518238895 | + | Apex Asset, 1891 Santa Barbara Dr St, Lancaster, PA 17601-4106 |
| 518238897 | + | Beverly Wade, 1735 Black Oak Road, Williamstown, NJ 08094-2004 |
| 518238904 | + | Louis A. Greenfield, PO Box 17210, Golden, CO 80402-6020 |
| 518238914 | ++ | TEMPOE LLC DBA WHY NOT LEASE IT, ATTN BOB HOLWADEL, 720 EAST PETE ROSE WAY SUITE 400, CINCINNATI OH 45202-3576 address filed with court:, Tempoe LLC, 1750 Elm St #1200, Manchester, NH 03104 |

TOTAL: 5

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| smg | | Email/Text: usanj.njbankr@usdoj.gov | Mar 04 2026 20:44:00 | U.S. Attorney, 970 Broad St., Room 502, Rodino Federal Bldg., Newark, NJ 07102-2534 |
| smg | + | Email/Text: ustpregion03.ne.ecf@usdoj.gov | Mar 04 2026 20:44:00 | United States Trustee, Office of the United States Trustee, 1085 Raymond Blvd., One Newark Center, Suite 2100, Newark, NJ 07102-5235 |
| cr | | Email/Text: ebnnotifications@creditacceptance.com | Mar 04 2026 20:43:00 | Credit Acceptance Corporation, 25505 West 12 Mile Road, Southfield, MI 48034 |
| cr | ^ | MEBN | Mar 04 2026 20:40:28 | Specialized Loan Servicing LLC, P.O. Box 340514, Tampa, FL 33694-0514 |
| 518322507 | | Email/Text: bnc@atlasacq.com | Mar 04 2026 20:43:00 | Atlas Acquisitions LLC, 492 C Cedar Lane , Ste 442, Teaneck NJ 07666 |
| 518238894 | ^ | MEBN | Mar 04 2026 20:38:57 | Apex Asset, 2501 Oregon Pike, Lancaster, PA 17601-4890 |
| 518238896 | + | Email/Text: BAC_CreditCard_BNC_Emails@g2risksolutions.com | Mar 04 2026 20:43:00 | Bankamerica, 4909 Savarese Circle, Tampa, FL 33634-2413 |
| 518238899 | | Email/Text: ebnnotifications@creditacceptance.com | Mar 04 2026 20:43:00 | Credit Acceptance, 25505 W 12 Mile, Southfield, MI 48034 |
| 518238898 | + | Email/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM | Mar 04 2026 20:44:00 | Comenity Bank, Po Box 182273, Columbus, OH 43218-2273 |
| 518238900 | + | Email/Text: bankruptcy_notifications@ccsusa.com | Mar 04 2026 20:44:00 | Credit Coll, Po Box 607, Norwood, MA 02062-0607 |
| 518238901 | + | Email/PDF: creditonebknotifications@resurgent.com | Mar 04 2026 20:49:37 | Credit One Bank Na, Po Box 98872, Las Vegas, NV 89193-8872 |
| 518238902 | + | Email/Text: JCAP_BNC_Notices@jcap.com | Mar 04 2026 20:44:00 | Drive Time, c/o Jefferson Capital Systems, LLC, PO Box 17210, Golden, CO 80402-6020 |
| 518238903 | ^ | MEBN | Mar 04 2026 20:39:57 | Financial Recoveries, 200 E Park Dr Ste 100, Mount Laurel, NJ 08054-1297 |

| 518321082 | | Email/Text: JCAP_BNC_Notices@jcap.com | Mar 04 2026 20:44:00 | Jefferson Capital Systems LLC, Po Box 7999, Saint Cloud Mn 56302-9617 |
|---|---|---|---|---|
| 518238906 | | Email/Text: bankruptcy@mobiloans.com | Mar 04 2026 20:43:00 | Mobiloansllc, Po Box 1409, Marksville, LA 71351 |
| 518238905 | + | Email/Text: bankruptcydpt@mcmcg.com | Mar 04 2026 20:44:00 | Midland Funding, 2365 Northside Dr Ste 30, San Diego, CA 92108-2710 |
| 518318232 | + | Email/Text: bankruptcydpt@mcmcg.com | Mar 04 2026 20:44:00 | Midland Funding LLC, PO Box 2011, Warren, MI 48090-2011 |
| 520392128 | + | Email/Text: mtgbk@shellpointmtg.com | Mar 04 2026 20:43:00 | NewRez LLC d/b/a Shellpoint Mortgage, Servicing, P.O. Box 10826, Greenville, South Carolina 29603-0826, NewRez LLC d/b/a Shellpoint Mortgage, Servicing 29603-0826 |
| 520392127 | | Email/Text: mtgbk@shellpointmtg.com | Mar 04 2026 20:43:00 | NewRez LLC d/b/a Shellpoint Mortgage, Servicing, P.O. Box 10826, Greenville, South Carolina 29603-0826 |
| 518351260 | | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | Mar 04 2026 20:50:14 | Portfolio Recovery Associates, LLC, c/o Jessica London, POB 41067, Norfolk VA 23541 |
| 518238907 | ^ | MEBN | Mar 04 2026 20:40:41 | Parker McCay PA, PO Box 5054, Mount Laurel, NJ 08054-5054 |
| 518238908 | + | Email/Text: CollectionsDept@PFCU.COM | Mar 04 2026 20:44:00 | Philadelphia Fed Cr Un, 12800 Townsend Rd, Philadelphia, PA 19154-1095 |
| 518238909 | + | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | Mar 04 2026 20:50:14 | Portfolio Recov Assoc, 120 Corporate Blvd Ste 1, Norfolk, VA 23502-4952 |
| 518238910 | + | Email/Text: ecfbankruptcy@progleasing.com | Mar 04 2026 20:44:00 | Progressive, 11629 South 700 East, Suite 250, Draper, UT 84020-8376 |
| 518238911 | + | Email/Text: cs@securitycreditservicesllc.com | Mar 04 2026 20:43:00 | Security Credit Servic, 2653 W Oxford Loop, Oxford, MS 38655-5442 |
| 518238912 | ^ | MEBN | Mar 04 2026 20:39:53 | South Jersey Radiology Associates, PO Box 1710, Voorhees, NJ 08043-7710 |
| 519013238 | + | Email/Text: bkelectronicnoticecourtmail@computershare.com | Mar 04 2026 20:44:00 | Specialized Loan Servicing LLC, 6200 S. Quebec Street, Greenwood Village, CO 80111-4720 |
| 518358247 | + | Email/Text: bkelectronicnoticecourtmail@computershare.com | Mar 04 2026 20:44:00 | The Bank of New York Mellon Trustee (See 410), c/o Specialized Loan Servicing LLC, 6200 S. Quebec Street, Greenwood Village, CO 80111-4720 |

TOTAL: 28

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Mar 06, 2026                    Signature:        /s/Gustava Winters

District/off: 0312-1                         User: admin                                  Page 3 of 3
Date Rcvd: Mar 04, 2026                      Form ID: 196                           Total Noticed: 33

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on March 4, 2026 at the address(es) listed below:**

| Name | Email Address |
| --- | --- |
| Andrew B Finberg | on behalf of Trustee Andrew B Finberg courtmail@standingtrustee.com  ecf.mail_9022@mg.bkdocs.us |
| Andrew B Finberg | courtmail@standingtrustee.com  ecf.mail_9022@mg.bkdocs.us |
| Barbara J. Snavely | on behalf of Debtor Michael Wade  Sr. jjresq1@comcast.net |
| Denise E. Carlon | on behalf of Creditor The Bank of New York Mellon FKA The Bank of New York  as Trustee for the certificateholders of CWABS, Inc., Asset-Backed Certificates, Series 2007-6 dcarlon@kmllawgroup.com, bkgroup@kmllawgroup.com |
| Gavin Stewart | on behalf of Creditor Specialized Loan Servicing LLC bk@stewartlegalgroup.com |
| Isabel C. Balboa | on behalf of Trustee Isabel C. Balboa ecfmail@standingtrustee.com  summarymail@standingtrustee.com |
| John R. Morton, Jr. | on behalf of Creditor Credit Acceptance Corporation ecfmail@mortoncraig.com  mortoncraigecf@gmail.com |
| Joshua I. Goldman | on behalf of Creditor The Bank of New York Mellon FKA The Bank of New York  as Trustee for the certificateholders of the CWABS, Inc., Asset-Backed Certificates, Series 2007-6 josh.goldman@padgettlawgroup.com, bkecf@padgettlawgroup.com |
| Joshua I. Goldman | on behalf of Creditor The Bank of New York Mellon FKA The Bank of New York  as Trustee for the certificateholders of CWABS, Inc., Asset-Backed Certificates, Series 2007-6 josh.goldman@padgettlawgroup.com, bkecf@padgettlawgroup.com |
| Sherri Jennifer Smith | on behalf of Creditor Nationstar Mortgage LLC d/b/a Champion Mortgage Company ssmith@stradley.com amautz@pincuslaw.com |
| U.S. Trustee | USTPRegion03.NE.ECF@usdoj.gov |

TOTAL: 11